UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TONIE K. BUSH, )<br>)<br>Plaintiff, )<br>) <br>vs. )<br>)<br>MICHAEL J. ASTRUE, Commissioner of )<br>Social Security, )<br>)<br>Defendant. ) | Cause No. 1:08-cv-1173-WTL-TAB |

**ADOPTION OF REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation. Parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections, and no objections have been filed. The Court, having considered the Magistrate Judge's Report and any objections thereto, and being duly advised, hereby approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, the Commissioner's decision is **AFFIRMED**.

SO ORDERED: 01/04/2010

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Patrick Harold Mulvany
mulvany@onet.net